United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 17-10494-ES
Fernando Navarro                                                          Chapter 7
Maria Luisa Alarcon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 2               Date Rcvd: Jun 15, 2017
                              Form ID: 318             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
```
db/jdb         Fernando Navarro,    Maria Luisa Alarcon,    2220 W 14th St,    Santa Ana, CA 92706-3109
37603817      +American Capital Enterprise,    Po Box 893580,    Temecula, CA 92589-3580
37603823      +Axcess Financial,    7755 Montgomery Rd,    Suite 400,    Cincinnati, OH 45236-4197
37603824      +Balboa Thrift & Loan,    Balboa Thrift & Loan,    Po Box 1147, Attn: Bankruptcy,
                Chula Vista, CA 91912-1147
37603826       Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
37603830       Check Into Cash,    1601 W 17th St Ste F1,    Santa Ana, CA 92706-3340
37603832      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                St Louis, MO 63179-0040
37603833      +Curacao,    1605 W Olympic Blvd Ste 600,    Los Angeles, CA 90015-3860
37603835       Designed Receivable Solutions,    1 Centerpointe Dr Ste 450,    La Palma, CA 90623-1089
37603838       Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
37603840       Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
37603839       Experian,    NCAC,    PO Box 9556,    Allen, TX 75013-9556
37603842       George Fisher Inc.,    C/O CT Corp,    818 W 7th St Ste 200,    Los Angeles, CA 90017-3425
37603846      +Kia Motor Finance,    4000 Macarthur Blvd Ste 1000,    Newport Beach, CA 92660-2544
37603848       LA County Sheriff's Off,    110 N Grand Ave Ste 525,    Los Angeles, CA 90012-3014
37603850       Money Mart,    1701 N Broadway,    Santa Ana, CA 92706-2644
37603849      +Money Mart,    18455 Roscoe Blvd,    Northridge, CA 91325-4106
37603851      +Nations Recovery Center, Inc,    6491 Peachtree Industrial Blvd,    Atlanta, GA 30360-2100
37603852      +Oportun/progreso,    1600 Seaport Blvd Ste 25,    Redwood City, CA 94063-5563
37603855       Pulmonary Assoc,    2 Penns Way Ste 407,    New Castle, DE 19720-2407
37603857       Silver Cloud Financial,    635 E State Highway 20 # C,    Upper Lake, CA 95485-8793
37603858      +Solutions,    1 Centerpointe Drive Ste 450,    La Palma, CA 90623-1089
37603861       Springleaf case # 30201400702189,    c/o Law Offices Of Todd L Cramer,    4032 Bay St Ste A,
                Fremont, CA 94538-4817
37603865       Sunrise Credit Services, Inc.,    PO Box 9168,    Farmingdale, NY 11735-9168
37603867      +The Best Service Co/ca,    Attn: Bankruptcy,    10780 Santa Monica Blvd. Suite 140,
                Los Angeles, CA 90025-7613
37603868      +Thr Best Service Company,    6700 S Centinela Blvd 3rd Floor,    Culver City, CA 90230-6304
37603869      +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
                Chicago, IL 60661-3631
37603870      +Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022-2000
37603872      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: weneta.kosmala@txitrustee.com Jun 16 2017 01:42:17     Weneta M Kosmala (TR),
                3 MacArthur Place, Suite 760,    Santa Ana, CA 92707-6071
smg            EDI: EDD.COM Jun 16 2017 01:28:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA 94280-0001
smg            EDI: CALTAX.COM Jun 16 2017 01:28:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                P.O. Box 2952,    Sacramento, CA 95812-2952
37603816       Fax: 864-336-7400 Jun 16 2017 02:14:19      Advance America,    2729 N Bristol St Ste B3,
                Santa Ana, CA 92706-1443
37603818      +EDI: AGFINANCE.COM Jun 16 2017 01:28:00      American General Financial/Springleaf Fi,
                Springleaf Financial/Attn: Bankruptcy De,    Po Box 3251,    Evansville, IN 47731-3251
37603820      +E-mail/Text: ACF-EBN@acf-inc.com Jun 16 2017 01:41:32      Atlantic Crd,    P O Box 13386,
                Roanoke, VA 24033-3386
37603821      +E-mail/Text: bk@avant.com Jun 16 2017 01:42:19      Avant Credit Corporati,    640 Lasalle,
                Chicago, IL 60654-3731
37603822      +E-mail/Text: bk@avant.com Jun 16 2017 01:42:19      Avant Credit, Inc,    640 N La Salle St,
                Suite 535,    Chicago, IL 60654-3731
37603825      +EDI: BANKAMER.COM Jun 16 2017 01:28:00      Bank od America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
37603827       EDI: CAPITALONE.COM Jun 16 2017 01:28:00      Cap One,    Po Box 85520,    Richmond, VA 23285
37603828      +E-mail/Text: bankruptcy@cashcall.com Jun 16 2017 01:42:24      Cashcall Inc,    1 City Blvd W,
                Orange, CA 92868-3621
37603829       E-mail/Text: khorner@checkintocash.com Jun 16 2017 01:42:23      Check Into Cash,
                201 Keith St SW Ste 80,    Cleveland, TN 37311-5867
37603831      +EDI: CHECKNGO.COM Jun 16 2017 01:28:00      Check N Go,    7755 Montgomery Road Ste 400,
                Cincinnati, OH 45236-4197
37603836      +EDI: DCI.COM Jun 16 2017 01:28:00      Diversified Consultants, Inc.,    10550 Deerwood Park Blvd,
                Jacksonville, FL 32256-2805
37603837      +EDI: TSYS2.COM Jun 16 2017 01:28:00      Dsnb Macys,    Po Box 17759,    Clearwater, FL 33762-0759
37603841       EDI: CALTAX.COM Jun 16 2017 01:28:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
                PO Box 2952,    Sacramento, CA 95812-2952
37603843      +EDI: IIC9.COM Jun 16 2017 01:28:00      I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
37603845       EDI: IRS.COM Jun 16 2017 01:28:00      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
37603847       EDI: FORD.COM Jun 16 2017 01:28:00      Kia Motors Finance,    PO Box 20825,
                Fountain Valley, CA 92728-0825
37603862       EDI: AGFINANCE.COM Jun 16 2017 01:28:00      Springleaf Financial S,    3825 S Bristol St,
                Santa Ana, CA 92704
```

```
District/off: 0973-8          User: admin              Page 2 of 2            Date Rcvd: Jun 15, 2017
                              Form ID: 318             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
37603864       EDI: NEXTEL.COM Jun 16 2017 01:28:00      Sprint Wireless,    PO Box 7949,
                Overland Park, KS 66207-0949
37603856      +EDI: DRIV.COM Jun 16 2017 01:28:00       Santander Consumer USA,    Santander Consumer USA,
                Po Box 961245,    Fort Worth, TX 76161-0244
37603859       EDI: CHECKNGO.COM Jun 16 2017 01:28:00      Southwestern & Pacific Specialty Finance,
                D/B/A Check 'n Go,    1090 Irvine Blvd,    Tustin, CA 92780-3527
37603860      +E-mail/Text: bankruptcy@speedyinc.com Jun 16 2017 01:41:47       Speedy Cash,   8400 E 32nd St N,
                Wichita, KS 67226-2608
37603863      +EDI: AGFINANCE.COM Jun 16 2017 01:28:00      Springlf Fin,    601 Nw 2nd St,
                Evansville, IN 47708-1013
37603866      +EDI: RMSC.COM Jun 16 2017 01:28:00       Syncb/shop Hq,    Po Box 965005,    Orlando, FL 32896-5005
37603871       EDI: URSI.COM Jun 16 2017 01:28:00      United Recovery Systems,    5800 N Course Dr,
                Houston, TX 77072-1613
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
37603819*     +American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                Po Box 3251,    Evansville, IN 47731-3251
37603834*     +Curacao,    1605 W Olympic Blvd Ste 600,    Los Angeles, CA 90015-3860
37603844*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    Centralized Insolvency Operation,
                Po Box 21126,    Philadelphia, PA 19114-0326)
37603853*     +Oportun/progreso,    1600 Seaport Blvd Ste 25,    Redwood City, CA 94063-5563
37603854     ##+Progreso Financiero,    171 Constitution Dr,    Menlo Park, CA 94025-1106
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              Scott  Kosner    on behalf of Joint Debtor Maria Luisa Alarcon tyson@tysonfirm.com
              Scott  Kosner    on behalf of Debtor Fernando  Navarro tyson@tysonfirm.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
               wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Fernando Navarro** | Social Security number or ITIN **xxx–xx–2500** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Maria Luisa Alarcon** | Social Security number or ITIN **xxx–xx–6880** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **8:17–bk–10494–ES** | | |

## Order of Discharge – Chapter 7    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Fernando Navarro                                    Maria Luisa Alarcon

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]    [include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/15/17                    Debtor 2 Discharge Date: 6/15/17


**Dated:** 6/15/17

**By the court:** Erithe A. Smith
United States Bankruptcy Judge


### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**11/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**                page 2